AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brookman, Matthew P. | US District Court for the Southern District of Indiana | 10/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

101 Martin Luther King Blvd
Evansville, IN 47708

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Substitute Teacher; Warrick County School Corporation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 10/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 10/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T 54 | A | Dividend | J | T | | | | | |
| 2. American Capital LTD 54 | A | Dividend | J | T | | | | | |
| 3. Ares Capital Corp 54 | A | Dividend | J | T | | | | | |
| 4. Chevron Corp 54 | A | Dividend | J | T | | | | | |
| 5. ENI SPA Sponsored ADR 54 | A | Dividend | J | T | | | | | |
| 6. Equinor ASA Sponsored EQNR 54 (Formerly Statoil ASA Sponsored ADR) | A | Dividend | J | T | | | | | |
| 7. Total SA Sponsored ADR 54 | A | Dividend | J | T | | | | | |
| 8. Williams Co Inc 54 | A | Dividend | J | T | Sold (part) | 08/13/18 | J | A | |
| 9. Williams Partners LP 54 | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 10. Capital One Finl Corp 54 | A | Dividend | J | T | | | | | |
| 11. Capital One Finl Corp 54 New | A | Dividend | J | T | | | | | |
| 12. JP Morgan Chase & Co | A | Interest | J | T | | | | | |
| 13. Public Storage 54 | A | Dividend | J | T | | | | | |
| 14. Public Storage 54 | A | Dividend | J | T | | | | | |
| 15. Citibank NA 54 (cash equivalent accounts) | A | Interest | J | T | | | | | |
| 16. AT&T Inc 11 | A | Dividend | | | Sold | 12/17/18 | J | A | |
| 17. American Capital | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 10/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Annaly Capital Management Inc 11 | A | Dividend | | | Sold | 11/26/18 | J | A | |
| 19. Ares Capital Corp 11 | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 20. Capstead Mtg Corp 11 | A | Dividend | | | Sold | 11/26/18 | J | A | |
| 21. Total SA Sponsored ADR 11 | A | Dividend | | | Sold | 05/22/18 | J | A | |
| 22. Verizon Communications Inc 11 | A | Dividend | | | Sold | 11/26/18 | J | A | |
| 23. Energy Transfer Partners 98 | A | Dividend | J | T | | | | | |
| 24. First Security Bank (cash-equivalent accounts) - K | A | Int./Div. | J | T | | | | | |
| 25. JP Morgan Chase & Co 98 | A | Dividend | J | T | | | | | |
| 26. Energy Transfer Partners 98 | A | Dividend | J | T | | | | | |
| 27. AT&T 98 | A | Dividend | J | T | | | | | |
| 28. Annaly Capital 98 | A | Dividend | J | T | | | | | |
| 29. Apollo Invest 98 | A | Dividend | J | T | | | | | |
| 30. Ares Cap 98 | A | Dividend | J | T | | | | | |
| 31. Capstead Mortgage 98 | A | Dividend | J | T | | | | | |
| 32. ENI SPA Sponsored ADR 98 | A | Dividend | J | T | | | | | |
| 33. General Electric 98 | A | Dividend | | | Sold | 10/29/18 | J | A | |
| 34. Total SA 98 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 10/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Verizon 98 | A | Dividend | J | T | | | | | |
| 36. William Partners LTD 98 | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 37. Atlantic Power Co 98 | A | Dividend | | | Sold | 08/13/18 | J | A | |
| 38. US Treasury Note 98 | A | Int./Div. | K | T | Buy (add'l) | 07/25/18 | K | | |
| 39. Citibank 98 (cash-equivalent accounts) | A | Interest | J | T | | | | | |
| 40. AT&T 97 | A | Dividend | J | T | | | | | |
| 41. Annaly Capital 97 | A | Dividend | J | T | | | | | |
| 42. Capstead Mortgage 97 | A | Dividend | J | T | | | | | |
| 43. Energy Transfer Partners 97 | A | Dividend | J | T | | | | | |
| 44. ENI SPA Sponsored ADR 97 | A | Dividend | J | T | | | | | |
| 45. General Electric Company 97 | A | Dividend | | | Sold | 10/25/18 | J | A | |
| 46. Equinor ASA Sponsored EQNR 97 (Formerly Statoil ASA Sponsored ADR) | A | Dividend | J | T | | | | | |
| 47. Verizon 97 | A | Dividend | J | T | | | | | |
| 48. Wisdomtree High Div Fund 97 | A | Dividend | J | T | | | | | |
| 49. Public Storage 97 | A | Dividend | J | T | | | | | |
| 50. Kimco Realty Corp NEW 97 | A | Dividend | J | T | | | | | |
| 51. Oneok Inc NEW 97 | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 10/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hillard Lyons Ins Dep | A | Dividend | J | T | | | | | |
| 53. Citibank 97 (cash-equivalent accounts) | A | Dividend | J | T | | | | | |
| 54. First Security Bank (cash - equivalant accounts) M | A | Interest | J | T | | | | | |
| 55. Putnam Growth Opportunities - A/IRA 39 | A | Dividend | J | T | | | | | |
| 56. Putnam Research Fund - A/IRA 39 | A | Dividend | J | T | | | | | |
| 57. The Growth Fund of America - A/IRA 62 | A | Dividend | J | T | | | | | |
| 58. Washington Mutual Investors Fund - A/IRA 62 | A | Dividend | J | T | | | | | |
| 59. Citibank 98 (cash-equivalent accounts) | A | Interest | J | T | | | | | |
| 60. Iron Mountain Inc. 54 | A | Dividend | J | T | Buy | 03/02/18 | J | | |
| 61. Jinkosolar Hldg Co Ltd ADR 54 | A | Dividend | J | T | Buy | 06/21/18 | J | | |
| 62. Pattern Energy Grp Inc. 54 | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 63. Senior Housing Prop Tr REIT 54 | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 64. Williams Companies Inc 98 | A | Dividend | J | T | Buy | 08/13/18 | J | | |
| 65. Enbridge Transfer LP 97 | A | Dividend | J | T | Buy | 12/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 10/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Brookman, Matthew P. | 10/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Matthew P. Brookman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544